UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LOOR SOLIZ v. SOTO, et al.** **Docket. No. 26-cv-07830 (EP) A#: 246-179-911**

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. JUAN JOSE LOOR SOLIZ, A#: 246-179-911, DOB: XXXXXXX, is now in U.S Customs and Immigration Enforcement (ICE) custody and is detained at Delaney Hall Detention Center, 51 Doremus Avenue, Newark, NJ

2. Said individual will be required at the U.S. District Court in NEWARK, New Jersey, before the Hon. Evelyn Padin, U.S.D.J., for a HEARING on **Wednesday August 5, 2026 at 10:00 a.m.** A Writ of Habeas Corpus should be issued for that purpose.

DATED: August 3, 2026

*/s/ Katherine Ferrara*
KATHERINE FERRARA
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: August 3, 2026

Evelyn Padin
Hon. Evelyn Padin
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to Delaney Hall Detention Center, 51 Doremus Avenue, Newark,

New Jersey WE COMMAND YOU that you have the body of

**JUAN JOSE LOOR SOLIZ**
**A#: 246-179-911**
**XXXXXXXXX**

now detained at Delaney Hall Detention Center, 51 Doremus Avenue, Newark, New Jersey, be brought before the United States District Court, the Honorable Evelyn Padin, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 on **Wednesday, August 5, 2026 at 10:00 a.m., so that he may appear for a HEARING scheduled for 10:00 a.m.** in the above-captioned matter.

WITNESS the Honorable Evelyn Padin
United States District Judge
Newark, New Jersey

DATED: August 3, 2026

MELISSA RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: Briana Townsend
Deputy