**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN LOOR SOLIZ,<br>Petitioner,<br>v.<br>LUIS SOTO, *et al.*,<br>Respondents. | No. 26cv7830 (EP)<br>**ORDER** |

Petitioner, having filed a petition for a writ of habeas corpus challenging his continued civil immigration detention, D.E. 1, and the Court having considered the parties' submissions, the evidence presented at the July 30 and August 5, 2026 evidentiary hearing, and all other relevant items on the docket, and for good cause shown,

**IT IS**, on this 18th day of August, 2026, for the reasons in the accompanying Opinion,

**ORDERED** that the Petition, D.E. 1, is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner from physical immigration detention within **24 hours** of this Order, subject to reasonable noncustodial conditions of supervision consistent with the accompanying Opinion; and it is finally

**ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

Evelyn Padin, U.S.D.J.